UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIMOTHY D. WATSON,

                        Petitioner,

  -against-

THE HONORABLE PETE GEREN,
Acting Secretary of the Army,

                        Respondent.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 0345 (NG)

An Opinion and Order of Honorable Nina Gershon, United States District Judge, having been filed on April 10, 2007, granting petitioner's application for a writ of habeas corpus; and ordering that the respondent grant petitioner's application for conscientious objective (CO) status and release him through immediate discharge; it is

ORDERED and ADJUDGED that petitioner's application for a writ of habeas corpus is granted; and that the respondent is ordered to grant petitioner's application for conscientious objective (CO) status and release him through immediate discharge.

Approved by:    s/ NG
                   _____
                   NINA GERSHON
                   United States District Judge

Dated:      April 16, 2007

---

Judgment entered:


Dated: Brooklyn, New York
       April ___, 2007

                                                       ROBERT C. HEINEMANN
                                                       Clerk of Court